≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)          18- 10106

# Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No. __II__        Investigating Agency __VA-OIG__

City __Bedford__

**Related Case Information:**

County __Middlesex__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number __17-mj-7219-JCB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Demone Coleman__  Juvenile:  ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ __Boston, MA__

Birth date (Yr only): __1979__  SSN (last4#): __5674__  Sex __M__  Race: __B__  Nationality: __U.S.__

**Defense Counsel if known:** __Ian Gold__        Address __Law Office of Ian Gold__

**Bar Number** _____        __2 Mill & Main Place, Suite 260 EF__
__Maynard, Ma 01754__

## U.S. Attorney Information:

AUSA __Nicholas Soivilien__        Bar Number if applicable __675757__

Interpreter:  ☐ Yes ☑ No    List language and/or dialect: _____

Victims:  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

Matter to be SEALED:  ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

Arrest Date __11/01/2017__

☑ Already in Federal Custody as of __01/19/2018__ in __Wyatt Detention Center__
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/19/2018__        Signature of AUSA: _/s/ Nicholas Soivilien_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Demone Coleman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of a Controlled Substance | 1 - 4 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____