# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Warden-Superintendent: York County Jail. 1 Layman Way, Alfred, ME 04002

YOU ARE COMMANDED to have the body of  Demone Coleman (D.O.B) 1979 (SS #) 5674

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the 5th floor, Boston, Massachusetts on or before MAY 1, 2017, at 11:15 AM.

for the purpose of ARRAIGNMENT HEARING

in the case of UNITED STATES OF AMERICA V. Demone Coleman (D.O.B) 1979 (SS #) 5674

CR Number 1:18-cr-10106-PBS

And you are to retain the body of said Demone Coleman (D.O.B) 1979 while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Demone Coleman to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 20th day of April 2018.

JENNIFER C. BOAL
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: Steve York
Deputy Clerk

Habeas Writ.wpd - 5/20/08