UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 18-10106-PBS

UNITED STATES OF AMERICA

v.

DEMONE COLEMAN

## ORDER OF VOLUNTARY DETENTION

May 1, 2018

Boal, M.J.

The defendant, Demone Coleman, is charged in a complaint with knowingly and intentionally distributing cocaine base in violation of 21 U.S.C. § 841(a)(1). United States v. Coleman, 17-7219-JCB, Docket No. 1. An initial appearance was held before this Court in that case on December 21, 2017. At that time, the defendant, represented by counsel, waived his right to a prompt detention hearing given that he was being held in state custody. Accordingly, the Court found good cause to continue the detention hearing in that case until such time as the defendant was released from state custody in accordance with the protocol set forth in United States v. King, 818 F.2d 112, 115 n.3 (1st Cir. 1987).

The defendant has since been released from state custody. He is now charged in an indictment with four counts of knowingly and intentionally distributing cocaine base in violation of 21 U.S.C. § 841(a)(1). An arraignment was held on May 1, 2018, at which time the defendant, represented by counsel, elected to voluntarily consent to detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and is further ORDERED that:

1

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances. The defendant may seek review of this order by filing a motion for revocation or amendment pursuant to 18 U.S.C. § 3145(b).

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge