# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-cr-10106-PBS |
| ) | |
| DEMONE COLEMAN, ) | |
|       Defendant. ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for June 1, 2018:

(1)  Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery to the Defendant on or about May 25, 2018.

(2)  Additional Discovery

The Government does not anticipate providing additional discovery aside from any materials covered by Local Rule 116.5(b)(2) that have not already been disclosed.

(3)  Timing of Additional Discovery Requests

The defendant's review of the automatic discovery is ongoing and requests additional time to determine if discovery requests are necessary and, if so, to make those requests.

(4)  Protective Orders

It does not presently appear that any protective orders are anticipated by the parties. Should that change, the parties will address those issues promptly.

(5)  Pretrial Motions

Because discovery review is ongoing, defendant cannot yet determine whether any Fed. R. Crim. P. 12(b) motions will be filed.

(6)  Expert Discovery

The Government agrees to provide any expert witness disclosures 45 days prior to trial. The Defendant agrees to provide any expert witness disclosures 30 days prior to trial.

(7)     Speedy Trial Act

All of the time has been excluded between the Defendant's arraignment on April 19, 2018 through the date of the initial status conference. [Dkt. #59].  The parties further agree to exclude the time from the initial status conference date through the final status conference date pursuant to 18 U.S.C. § 3161(h)(7).

(8)     Interim Status Conference

The parties request an Interim Status Conference be scheduled in sixty days or as soon thereafter as is convenient to the Court.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date:  May 31, 2018          By:     /s/ Nicholas Soivilien
                                     Nicholas Soivilien
                                     Assistant United States Attorney


Date:  May 31, 2018          By:     /s/ Ian Gold
                                     Ian Gold
                                     Counsel for the Defendant


## CERTIFICATE OF SERVICE

I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  May 31, 2018                  /s/ Nicholas Soivilien
                                     Assistant United States Attorney