# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:18-cr-10106-PBS |
| DEMONE COLEMAN,<br>    Defendant. | ) ) ) | |

## ASSENTED-TO MOTION FOR EXCLUSION
## OF TIME UNDER THE SPEEDY TRIAL ACT

The United States respectfully moves to exclude the time period from June 1, 2018 through and including August 9, 2018, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

In support of this request, the government states that on June 1, 2018, the an Initial Status Conference was held. The Court set the matter for an Interim Status Conference to be held on August 9, 2018. The time period between June 1, 2018 through and including August 9, 2018, will allow the defendant time to review the automatic discovery. Thus, this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A).

On June 1, 2018, defense counsel agreed that the time period from June 1, 2018 through and including August 9, 2018, should be excluded and assented to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREW E. LELLING<br>United States Attorney |
| Date: June 1, 2018 | By:  /s/ *Nicholas Soivilien*  <br>        Nicholas Soivilien<br>        Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

  I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: June 1, 2018            /s/ *Nicholas Soivilien*
                      Assistant United States Attorney