# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-cr-10106-PBS |
| | ) | |
| DEMONE COLEMAN | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for August 9, 2018:

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

The Government provided partial automatic discovery to the Defendant on or about May 25, 2018. The Government will produce the remaining automatic discovery, specifically discovery related to the search of defendant's residence, on August 9, 2018.

(2) <u>Additional Discovery</u>

The Government does not anticipate providing additional discovery aside from any materials covered by Local Rule 116.5(b)(2) that have not already been disclosed.

(3) <u>Timing of Additional Discovery Requests</u>

The defendant's review of the automatic discovery is ongoing and requests additional time to determine if discovery requests are necessary and, if so, to make those requests.

(4) <u>Protective Orders</u>

It does not presently appear that any protective orders are anticipated by the parties. Should that change, the parties will address those issues promptly.

(5) <u>Pretrial Motions</u>

Because discovery review is ongoing, defendant cannot yet determine whether any Fed. R. Crim. P. 12(b) motions will be filed.

(6) <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 30 days prior to trial.

The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

    (7)    <u>Speedy Trial Act</u>

All of the time has been excluded between the Defendant's arraignment on April 19, 2018 through the date of the initial status conference. [Dkt's. #59, 62].

    (8)    <u>Interim Status Conference</u>

The parties request an Interim Status Conference be scheduled in approximately 30 days.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: August 8, 2018    By:    /s/ *Nicholas Soivilien*
Nicholas Soivilien
Assistant United States Attorney


Date: August 8, 2018    By:    /s/ *Ian Gold*
Ian Gold
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: August 8, 2018    /s/ *Nicholas Soivilien*
Assistant United States Attorney