# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:18-cr-10106-PBS |
| DEMONE COLEMAN | ) ) ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION FOR EXCLUSION
## OF TIME UNDER THE SPEEDY TRIAL ACT

The United States respectfully moves to exclude the time period from August 8, 2018 through and including September 11, 2018, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

In support of this request, the government states that on August 8, 2018, a Status Conference was held in which this Court set the matter for a Final Status Conference to be held on September 11, 2018. The time period between August 8, 2018 through and including September 11, 2018, will allow the defendant time to review the automatic discovery. Thus, this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A).

At the August 8, 2018 status hearing, defense counsel agreed that the time period from August 8, 2018 through and including September 11, 2018, should be excluded and assented to this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: August 8, 2018     By:    /s/ *Nicholas Soivilien*
                                Nicholas Soivilien
                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: August 8, 2018              /s/ *Nicholas Soivilien*
                                  Assistant United States Attorney