## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:18-cr-10106-PBS |
| DEMONE COLEMAN | ) ) ) | |
| Defendant. | ) | |

## FINAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following final status report prepared in connection with the final status conference scheduled for September 11, 2018:

(1)   Rule 11

The Defendant does not request that this case be transferred to the District Judge for a Rule 11.

(2)   Pretrial Conference

The parties are requesting a pretrial conference, and state:
 (A) the Government has produced all discovery;
 (B) there are no pending discovery motions;
 (C) the Defendant does not anticipate filing any 12(b) motions;
 (D) all of the time since Defendant's initial appearance has been excluded, and the parties request the Court exclude the time from the final status conference through the date of the pre-trial conference; and
 (E) the Government estimates a trial in this case would last between two and three days.

(3)   Other Matters

The parties are currently in discussions to resolve this case via plea agreement.

Respectfully submitted,

| | |
|---|---|
| ANDREW E. LELLING<br>United States Attorney | By:   /s/ *Ian Gold*<br>Ian Gold |
| BY:   *Nicholas Soivilien* | Counsel for Defendant |
| Nicholas Soivilien<br>Assistant United States Attorney | |

Date:  September 10, 2018

## CERTIFICATE OF SERVICE

I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: September 10, 2018                                 /s/ *Nicholas Soivilien*
                                                                              Assistant United States Attorney