UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 18-cr-10106-PBS |
| | ) |
| DEMONE COLEMAN, | ) |
|       Defendant. | ) |
| | ) |

**<u>MOTION TO APPEAR BY TELEPHONE</u>**

Counsel for Defendant Demone Coleman hereby moves that the Court authorize him to appear at the final status conference, scheduled for today, Tuesday, September 11, 2018, at 2:30 p.m., by telephone.

As grounds, Defendant asserts that allowing his appointed counsel to appear by telephone will conserve resources.

WHEREFORE the Defendant respectfully requests the Court authorize his counsel to appear at the final status conference this afternoon by telephone.

                                            Respectfully submitted,
                                            DEMONE COLEMAN,
                                            By his attorney,

                                            */s/Ian Gold*
                                            Ian Gold (BBO# 665948)
                                            Law Office of Ian Gold
                                            2 Mill & Main Place, Ste. 260 EF
                                            Maynard, MA 01754
                                            (617) 297-7686 (phone)
                                            ian.gold@iangoldlaw.com

Date: September 11, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date, Sept. 11, 2018.

/s/Ian Gold
Ian Gold