UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 18-10106-PBS

UNITED STATES OF AMERICA

v.

DEMONE COLEMAN

**FINAL STATUS REPORT**

September 12, 2018

Boal, M.J.

A final status conference was held before this Court on September 11, 2018, pursuant to the provisions of Local Rule 116.5(c). Based on that conference, this Court enters the following report and order:

1. The parties request that the case be transferred to the District Judge assigned to this case for an initial pretrial conference.

2. The parties have produced all discovery they intend to produce at this time.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. There are no outstanding or anticipated motions under Fed. R. Crim. P. 12(b).

5. Based upon the orders of the court dated May 1, 2018, June 4, 2018, August 10, 2018 and September 12, 2018, there are presently zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6. The estimated length of trial is 2-3 days.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE