UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-cr-10106-PBS |
| | ) | |
| DEMONE COLEMAN, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO CONTINUE INITIAL STATUS CONFERENCE**
**(assented to)**

Defendant Demone Coleman hereby moves, with the assent of the government, that the Court continue the initial status conference in this matter, scheduled for October 2, 2018, at 10:30 a.m., until Friday, October 5, or subsequent date convenient to the Court, due to the unavailability of counsel.

Counsel for Defendant asserts he has a pre-arranged a trip to meet with a client who is incarcerated in upstate New York on October 2, 2018 and is therefore unavailable.

WHEREFORE the Defendant respectfully requests the Court continue the initial status conference until October 5, 2018, or subsequent date convenient to the Court.

                                                  Respectfully submitted,
                                                  DEMONE COLEMAN,
                                                  By his attorney,

                                                  */s/Ian Gold*
                                                  Ian Gold (BBO# 665948)
                                                  Law Office of Ian Gold
                                                  2 Mill & Main Place, Ste. 260 EF
                                                  Maynard, MA 01754
                                                  (617) 297-7686 (phone)
                                                  ian.gold@iangoldlaw.com

Date:  September 28, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date, Sept. 28, 2018.

            <u>/s/Ian Gold</u>
            Ian Gold