In the United States District Court
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

DEMONE COLEMAN

CRIMINAL NUMBER: 18-cr-10106-PBS

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Demone Coleman, defendant, have been informed that an indictment is pending against me in the above-designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the District of Maine in which I, Demone Coleman am held and to waive trial in the above-captioned District.

Dated: 10-30-18 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

_____
(Assistant United States Attorney)

Approved

_____
Nathaniel R. Mendell
Acting United States Attorney
for the District of Massachusetts

_____
Halsey B. Frank
United States Attorney
for the District of Maine